

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IVETTE MIREDY GARCIA MONTES : CIVIL ACTION
:
v. :
:
MICHAEL J. ASTRUE, et al. : NO. 09-1133

**ORDER**

AND NOW, this 11th day of Aug., 2010, upon consideration of Plaintiff's Request for Review And Reversal of Defendant's Final Administrative Decision, and Defendant's response thereto, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The relief requested in Plaintiff's Request for Review is GRANTED.

3. The matter is REMANDED to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

_Robert F. Kelly_
ROBERT F. KELLY, J.